# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VICTORIA I. BENNETT,

        Plaintiff,

v.

                                                  Case No. 16-2568-JTM

TOYOTA FINANCIAL SERVICES,
et al.,

        Defendants.

## MEMORANDUM AND ORDER OF DISMISSAL

On September 15, 2016, the court issued an order warning plaintiff that it will dismiss this action without further discussion if plaintiff fails to pay the full filing fee by November 14, 2016 (Dkt. 6). Plaintiff made no payments to date. Accordingly, the court dismisses the action without prejudice.

**IT IS THEREFORE ORDERED** this 23rd day of November, 2016, that this action is dismissed without prejudice.

                                                  s/   J. Thomas Marten
                                                  J. THOMAS MARTEN, District Judge